Andre Nesbit
3756 W Avenue 40
Suite K, #223
Los Angeles, CA, 900675-3666
773-848-5295
anesbit91@gmail.com

RECEIVED
APR 1 8 2023 SMB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

ANDRE NESBIT

  Petitioner,

vs.

NYA PRUDE, DIANA ROSARIO

  Respondents,

Case No.: 23-CV-2476
Judge Rowland
Magistrate Judge Harjani

PETITION FOR WRIT OF MANDAMUS

## Petition for Writ Of Mandamus

  Now Comes the petitioner, Andre Nesbit, and petition this Court for an Order against the defendants, Nya Prude, Diana Rosario, and Cook County Circuit Court directing Honorable Judge Diana Roasario and the Circuit Court of Cook County to reaffirm the judgment passed on 6/3/2016 and to dissolve the plenary order of protection passed on 9/26/2026; and directing the defendant, Nya prude, to follow the judgment passed on 6/3/2016.

### General Allegations

This action seeks an order compelling the Honorable Judge Diana Rosarion and the Circuit Court of Cook County to reaffirm and enforce the judgment passed on 6/3/2016. The respondent, Nya Prude, and her attorney falsely state to the court that the defendant is abusing her and harassing and that the petitioner took their child out of state in violation of a restraining order. However, this court, also, issued an order for the petitioner to not call the police or DCFS on the defendant for bruises on the child and suspected and witnessed abuse and intimidation of a minor. The Courts, Honorable Judge Rosario, is refusing to grant the petitioner any relief based on the father's race and gender only. Addition to this, the

Honorable Judge Rosario will not grant any relief to a pro se petitioner. This a conspiracy to violate the petitioners civil rights and relief granted by the court. The defendant, Nya Prude, has stated to the court that dropping off the child and being in the peititoner's presence is harassing and the court granted the respondent a two year plenary order of protection that prohibits the petitioner from contacting the respondent, Nya Prude, and their child, Nadia Nesbit.

## Statement of the Case

### Jurisdiction

1. Jurisdiction is conferred on this Court with respect to a Writ of Mandamus by 28 U.S.C. § 1361, which provides for mandamus actions to compel officers and employees of the United States to perform a duty owed to the Petitioner.
2. The Agency Procedures Act (hereinafter "APA") provides that a person "adversely affected or aggrieved by agency actions [or failure to act, see 5 U.S.C. §§707(b)(2), 551(13)... is entitled to judicial review thereof." 5 U.S. C.§702.

### Venue

1. Pursuant to U.S.C.§1391(e), venue lies in the Northern District of Illinois because this were all defendants resides, operates, and or lives, and this is where all of the events took place.

### Parties

1. Nya prude is the respondent in the state case, 2014d69286, for parentage against the petitioner. The respondent misrepresented facts to the court in order to interfere with the petitioner's visitation with his child, Nadia Nesbit.
2. Honorable Judge Diana Rosario is the hearing officer presiding over the case between the petitioner, Andre Nesbit, and the Respondent, Nya Prude, in their, now, pending state action.

### Count I: Failure of the Honorable Judge, Diana Rosario, to Discharge Duties of Adjudication of a properly filed Judgement in a Manner that would Ensure that the Petitioner's rights and benefits could be potentially conferred

1. Mandamus actions can be used to compel action by an agency, so long as the action is not discretionary. An agency's decision not to act due to a policy position that effectively precludes a timely decision from being made is properly subject to an action in Mandamus. *See* Ganem v. Heckler, 746 F.2d 844 (D.C. Cir. 1984). This action is grounded in that the Honorable Judge Diana Rosarios' neglected in enforcing the judgment passed on 6/3/206, and refused to grant the petitioner any relief based solely on his race and gender. The petitioner asks that this court (i) Order Honorable Judge Rosario Reaffirm and Enforce the Judgement passed on 6/3/2016. (ii) to dissolve the two year plenary order of protection entered on 9/26/2023.
2. The Agency Procedures Act (hereinafter "APA") provides that a person "adversely affected or aggrieved by agency actions [or failure to act, see 5 U.S.C. §§707(b)(2), 551(13)... is entitled to judicial review thereof." 5 U.S. C.§702.
3. The petitioner has not served any Emergency Petitions for an order of protection or any information pertaining to hearings. The petitioner has not harassed or abused the

respondent, Nya Prude, and is simply attempting to see his child and follow the judgment passed on 6/3/2016.

WHEREFORE, Petitioner, Andre Nesbit, respectfully prays this Honorable Court to Enter an Order Directing the Honorable Judge Rosario to (i) Order Honorable Judge Rosario Reaffirm and Enforce the Judgement passed on 6/3/2016. (ii) to Order Honorable Judge Rosario to dissolve the two year plenary order of protection entered on 9/26/2023.

Dated: April 8, 2023               Respectfully Submitted

                                   _____
                                   Attorney Name

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  )
County of _Los Angeles_  )

On _04/08/2023_ before me, _Sonia Trinidad, Notary Public_,
  Date                        Here Insert Name and Title of the Officer
personally appeared _Andre Nesbit_
                    Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
           Signature of Notary Public

[Notary Seal: SONIA TRINIDAD, Notary Public - California, Los Angeles County, Commission # 2342351, My Comm. Expires Jan 19, 2025]

Place Notary Seal Above

———————— OPTIONAL ————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _Petition of Writ of Mandamus_  Document Date: _04/08/2023_
Number of Pages: _3_  Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _Andre Nesbit_
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual       ☐ Attorney in Fact
☐ Trustee          ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _N/A_
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual       ☐ Attorney in Fact
☐ Trustee          ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907